```
                          United States Bankruptcy Court
                               District of Maryland
In re:                                                            Case No. 17-21464-NVA
Edward W. Foster, Jr.                                             Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0416-1         User: tmeany              Page 1 of 1          Date Rcvd: Mar 29, 2018
                             Form ID: defntc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
db          +Edward W. Foster, Jr.,   1311 Birch Av,   Halethorpe, MD 21227-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
              Jeffrey P. Nesson    nessonbankrp@aol.com,   mdbkcourt@gmail.com,r46096@notify.bestcase.com
              Kristine D Brown    ecf@logs.com
              Nancy  Spencer Grigsby    grigsbyecf@ch13md.com
              Renee O. Dyson    ecf@logs.com
              William M. Savage    ecf@logs.com,  bsavage@logs.com
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **17–21464 – NVA**   Chapter: **13**

**Edward W. Foster Jr.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   62 – Second Amended Chapter 13 Plan. Amount of Payments per Month: $1800/1150/1400, Number of Months:4/3/53, Filed by Edward W. Foster Jr.. (Attachments: # 1 Certificate of Service)(Nesson, Jeffrey)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 4/12/18. The certificate of service did not list names & addresses of parties served.**

CURE:   An AMENDED Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/29/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Tammy Meany
410–962–4434

cc:   Debtor
Attorney for Debtor – Jeffrey P. Nesson
Trustee

defntc (rev. 12/12/2016)